Barbara R. Adams, Esq., SBN 99231
Georges A. Haddad, Esq., SBN 241785
Michael B. Sachs, Esq., SBN 235048
Clark Hill, LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 984-8500
Facsimile: (415) 984-8599
ghaddad@clarkhill.com
msachs@clarkhill.com

Attorneys for Defendant
FCA US, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN GORDON and ROBERT GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02572-KJM-GGH<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES; ORDER** |

**WHEREAS:** This action was originally filed in Superior Court of California, County of Sacramento on October 6, 2017 and removed this Court on December 7, 2017.

**WHEREAS:** This Court's May 4, 2018 Pretrial Scheduling Order set various deadlines, including: 1) the date by which all expert discovery shall be completed and 2) the date by which all Dispositive Motions shall be heard.

**WHEREAS:** The current date by which all expert discovery shall be completed is December 21, 2018 and the date by Dispositive Motions must be heard is January 31, 2019.

1
**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES; ORDER**
216708640.1
ClarkHill\33014\324218\220659357.v1-12/4/18

**WHEREAS**: Defendant FCA US, LLC's mechanical expert, Stan Gozzi, is unavailable for deposition prior to the deadline for the completion of expert discovery.

**WHEREAS:** The Parties have not made any previous requests for extensions to any deadlines in this matter.

**NOW THEREFORE:**

Plaintiffs Lauren Gordon and Robert Gordon and Defendant FCA UC, LLC hereby jointly stipulate and request that the Court enter an Order extending the Expert discovery cutoff and the subsequent deadline for dispositive motions by approximately two months as follows:

| | |
|---|---|
| All Expert Discovery shall be completed by: | February 22, 2019 |
| All Dispositive Motions shall be heard no later than: | March 28, 2019 |

/ / /

/ / /

/ / /

**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES; ORDER**

216708640.1
ClarkHill\33014\324218\220659357.v1-12/4/18

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: November 30, 2018    CLARK HILL, LLP

By: /s/ Michael B. Sachs
    Barbara R. Adams
    Georges A. Haddad
    Michael B. Sachs
    Attorneys For Defendant
    FCA US, LLC

Date: December 4, 2018    STRATEGIC LEGAL PRACTICES A PROFESSIONAL CORPORATION

By:/s/Vanessa J. Oliva (as authorized on December 4, 2018)
    Christine J. Haw
    Vanessa J. Oliva
    Attorneys For Plaintiffs
    LAUREN GORDON and ROBERT GORDON

**IT IS SO ORDERED THAT:**

All Expert Discovery shall be completed by:    February 22, 2019

All Dispositive Motions shall be heard no later than:    March 22, 2019

DATED: December 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

3
**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES; ORDER**
216708640.1
ClarkHill\33014\324218\220659357.v1-12/4/18